*20120D04103-205*

**INDICTMENT**

FILE NO.: 12-152050

PID/CONTRL NO. 1743851/12-08606

## STATE OF TEXAS

### VS.

### LUIS SOLIS GONZALEZ

OFFENSE:  CAPITAL MURDER

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

The Grand Jurors for the County of El Paso, State of Texas, duly organized as such, at the _____ JULY _____ Term, A.D., 2012 of the _____ 120th _____ Judicial District Court for said County, upon their oaths in said Court, present that on or about the 30th day of May, 2012 and anterior to the presentment of this indictment, in the County of El Paso and State of Texas, LUIS SOLIS GONZALEZ, hereinafter referred to as Defendant,

did then and there intentionally or knowingly cause the death of an individual, namely, MARYSOL SALDIVAR by striking MARYSOL SALDIVAR about the head with an unknown object, and did then and there intentionally or knowingly cause the death of another individual, namely, ERIC DESANTIAGO, by striking ERIC DESANTIAGO about the head with an unknown object and by stabbing ERIC DESANTIAGO about the body with a knife, and did then and there intentionally or knowingly cause the death of another individual, namely, CASSAUNDRA HOLT, by strangling CASSAUNDRA HOLT about the neck with a ligature, and the murders were committed during the same criminal transaction,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Grand Jury Foreperson

FILED THE  AUG 28 2012

BY _____ DEPUTY

THE STATE OF TEXAS
COUNTY OF EL PASO

I certify that the foregoing is a true and correct copy of the original Indictment on file in my office. Given under my hand and seal of the court at my office in El Paso, Texas on the _____ AUG 28 2012 _____.

**NORMA FAVELA, District Clerk, El Paso County, Texas**

BAIL AMOUNT: $_____   by _____ Deputy

Tab A

IN THE 243rd DISTRICT COURT
OF EL PASO COUNTY, TEXAS

THE STATE OF TEXAS §
§
vs. §    No. 20120D04103
§
LUIS SOLIS GONZALEZ §

## MOTION FOR DNA TESTING BY THE TEXAS DEPARTMENT OF PUBLIC SAFETY, CRIME LABORATORY PURSUANT TO T.C.C.P., ARTICLE 38.40

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW THE STATE OF TEXAS, in the above-entitled and numbered cause, and moves the court to order the Texas Department of Public Safety (DPS) laboratory to test evidentiary items containing biological evidence for DNA comparison.

I.

This case is set for trial in your honorable court. The charge is Capital Murder, and the State is seeking the death penalty.

II.

The State is requesting that the Court order the DPS laboratory to test all items of evidence submitted by the El Paso Police Department containing biological evidence for DNA comparison, pursuant to T.C.C.P. Article 38.43.

Tab
B

III.

WHEREFORE, the State prays the Court grant this motion and order the Texas DPS Crime Laboratory to test all items of evidence containing biological evidence submitted under EPPD 12-152050 for DNA comparison.

RESPECTFULLY SUBMITTED,

DENISE BUTTERWORTH
ASSISTANT DISTRICT ATTORNEY
STATE BAR NO. 24012368
500 E. SAN ANTONIO, SUITE 201
EL PASO, TEXAS 79901
(915) 546-2059

CERTIFICATE OF SERVICE
This is to certify that a true and correct copy of the foregoing motion was delivered to attorney for the Defendant, Mr. Joe Spencer, on 22nd day of April, 2014.

DENISE BUTTERWORTH
ASSISTANT DISTRICT ATTORNEY

IN THE 243rd DISTRICT COURT
OF EL PASO COUNTY, TEXAS

FILED
NORMA L. FAVELA
DISTRICT CLERK

2014 APR 23 PM 2: 19

EL PASO, TEXAS
BY Aceu

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | |
| | § | No. 20120D04103 DTY |
| vs. | § | |
| | § | |
| LUIS SOLIS GONZALEZ | § | |

## ORDER

On this 21ST DAY OF APRIL, 2014, came on to be considered the State's Motion for DNA Testing by the Texas Department of Public Safety, Crime Laboratory, pursuant to T.C.C.P., Article 38.43. The Court, having considered the same, and Law, hereby **GRANTS** said Motion and orders the Texas Department of Public Safety, Crime Laboratory to test all items submitted by the El Paso Police Department containing biological evidence for DNA comparison.

IT IS SO ORDERED.

SIGNED AND ENTERED_____4-23-_____, 2014.

_____
JUDGE LUIS AGUILAR

Tab
C

FILED
NORMA L. FAVELA
DISTRICT CLERK

2014 MAY 14 AM 8: 03

EL PASO COUNTY, TEXAS

THE STATE OF TEXAS

VS.

20120D04103 BY

DEPUTY

LUIS SOLIS GONZALEZ

## ORDER SETTING DEADLINE FOR COMPLETION OF DNA TESTING

On this 21ST DAY OF APRIL, 2014, came on to be considered the State's Motion for DNA Testing by the Texas Department of Public Safety, Crime Laboratory, pursuant to T.C.C.P., Article 38.43. The Court, having considered the same, and Law, hereby **GRANTED** said Motion and ordered the Texas Department of Public Safety, Crime Laboratory to test all items submitted by the El Paso Police Department containing biological evidence for DNA comparison.

IT IS FURTHERMORE ORDERED THA ALL DNA TESTING IN REFERENCE TO EPPD 12-152020 BE COMPLETED **BY SEPTEMBER 1, 2014.**

IT IS SO ORDERED.

SIGNED AND ENTERED THIS MAY __13__, 2014.

_____
LUIS AGUILAR, Judge
243RD District Court

Tab
D



# TEXAS DEPARTMENT OF PUBLIC SAFETY

11612 Scott Simpson, El Paso, Texas 79936
(915) 849-4000
www.txdps.state.tx.us



STEVEN C. McCRAW
DIRECTOR
DAVID BAKER
ROBERT J. BODISCH, SR.
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
MANNY FLORES
FAITH JOHNSON
STEVEN P. MACH
RANDY WATSON



20120D04103

June 5, 2014

The Honorable Luis Aguilar
243rd District Court
500 E. San Antonio
El Paso, TX 79901

Dear Judge Aguilar:

On May 15, 2014 the Texas Department of Public Safety Crime Lab was notified of a court order to complete the DNA testing by September 1, 2014 for the case involving The State of Texas vs. Louis Solis-Gonzalez. The TXDPS understands the severity of this case and your need for a speedy trial.

Since the initial submission of evidence into our lab, we have worked closely with the District Attorney's Office and the El Paso Police Department to process this evidence in an expeditious and efficient way. Currently, the TXDPS Crime Lab has issued three reports supporting our findings. Subsequent submissions resulted in a high volume of items to be analyzed for this case. A total of 158 items were submitted as additional evidence. The analysis of this evidence began immediately and two reports are currently pending a review process and will be released in the next few days.

The TXDPS Crime Lab in El Paso services the 16 west most counties of Texas constituting of approximately 1.1 million people. Currently, the DNA section in the El Paso Crime Lab consists of four Forensic Scientists and a supervisor. Currently, only two of the four Forensic Scientists are qualified in doing DNA analysis. Because we do serve a large population base and are considered a small lab, it is important to consider the efficiency of our lab and work flow. This laboratory has two phases in our workflow: screening for biological stains on items of evidence and DNA analysis on those stains. Across the state, it is DPS policy to only accept ten items of evidence in cases involving a homicide. When expediting these types of cases with only ten items of evidence, it is expected to obtain results within 60 days. This allows us to continuously analyze other cases while still being able to expedite a case. The current deadline, if not changed, will require all other pending DNA cases set for trial to be placed on hold.

It is understood that Article 38.43, subsection (i), allows for all biological evidence to be submitted to the Texas Department of Public Safety Crime Lab for the case involving The State of Texas vs. Louis Solis-Gonzalez. This resulted in 158 additional items being submitted to the TXDPS El Paso Crime Lab for analysis. Due to our current resources, the ability to process and analyze this evidence can only be done by dividing these 158 items to be more manageable and practicable for an analyst to process. Essentially, 158 items is equivalent to nearly 16 homicide cases. If analyzing 16 cases, and each having a turnaround time of 60 days, it will take over two years to complete this case. We understand that this will be unreasonable, so we are taking a team approach to this case, and analysts have been working diligently to analyze all the evidence while still meeting the highest level quality.. By using this team approach, it is practical to have DNA completed by June 1, 2015.

Tab
E

The Honorable Luis Aguilar
June 5, 2014
Page two

Your honor, it is respectfully asked of you to reconsider your deadline of the completion of all DNA analysis by September 1, 2014. Allowing a June 1, 2015 deadline gives us approximately 15 months from the time of the additional 158 items of evidence submitted. During these 15 months, reports will be periodically issued. These reports will show our progress and assure we are giving our best effort to complete this case in an expeditious manner. If the deadline is steadfast, consider using a private accredited laboratory to examine the least probative evidence which will increase turnaround time and allow us to continue to work other pending DNA cases. Thank you for your consideration.

Respectfully,

Nicolas Ronquillo
DNA Section Supervisor and Technical Leader
TXDPS Crime Lab – El Paso



# LUIS AGUILAR
## JUDGE

**243RD DISTRICT COURT**
**EL PASO COUNTY COURTHOUSE**
500 E. San Antonio Rm 901
El Paso, Texas 79901
(915) 546-2168
Fax (915) 546-8107
Email: laguilar@epcounty.com

FILED
NORMA L. FAVELA
DISTRICT CLERK

2014 JUN 27 AM 8: 15

EL PASO COUNTY, TEXAS

BY_____
DEPUTY

June 25, 2014

**<u>Via Facsimile No. 915/532-7535</u>**
Mr. Joe A. Spencer
Attorney at Law
1009 Montana Avenue
El Paso, Texas 79901

**<u>Via Facsimile No. 915/533-5520</u>**
Ms. Denise Butterworth
ADA, 34th Judicial District
500 E. San Antonio, 2nd Floor
El Paso, Texas 79901

Re:  *State of Texas v. Luis Solis-Gonzalez*, Cause No. 20120D04103 in the 243rd Judicial District Court, El Paso County, Texas

Dear Ms. Butterworth and Mr. Spencer:

Please be advised you have been scheduled for a pre-trial hearing on the above-styled lawsuit for Wednesday, July 16, 2014 at 8:30 a.m. in the 243rd Judicial District Court.

The purpose of this hearing is to determine the applicability of Article 38.43 of the Code of Criminal Procedure. One of the issues I would like addressed is whether the State of Texas is required to submit to a laboratory for forensic analysis, every piece of biological evidence they seized at the crime scene.

I would also like to address whether the legislative intent took into consideration the delay it creates in the El Paso laboratory. How is this balanced against the Speedy Trial rights of the accused and the State?

If you have any questions, please contact me.

Respectfully submitted,

Hon. Luis Aguilar
Judge, 243rd Judicial District Court

LA/ls

Tab
F

FILED
NORMA L. FAVELA
DISTRICT CLERK

2015 JAN -9 AM 11: 49

EL PASO COUNTY, TEXAS

BY_____
DEPUTY

**IN THE DISTRICT COURTS OF EL PASO COUNTY TEXAS**
**243rd JUDICIAL DISTRICT COURT**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | |
| VS. | § | CAUSE NO.: 20120D04103 |
| | § | |
| LUIS SOLIS GONZALEZ | § | |

## ORDER

On this the 2ND day of October, 2014, came on to be heard the hearing to determine the applicability of Article 38.43 of the Code of Criminal Procedure, and the Court having heard the summary of physical evidence that has already been analyzed by the Texas Department of Public Safety, and argument of counsel, is of the opinion that Article 38.43 does not mandate that every single piece of evidence seized by law enforcement in a capital murder case where the State is seeking the death penalty must be forensically analyzed. The court is of the opinion that the evidence that has been submitted and analyzed so far by DPS is sufficient and constitutes substantial compliance with the intent of the statute. The Defendant was instructed by the Court to identify any necessary piece of evidence that the State failed to submit for analysis and the justification for why that evidence should be tested by October 13, 2014. The defense response did not legally support any further delay of the trial.

The State and the Defendant are hereby notified the lawsuit will proceed according to the notices announced and will remain on the trial docket for May 8, 2015.

SIGNED this the ____9____ day of ____JAN____, 2015.

_____
HON. LUIS AGUILAR
JUDGE PRESIDING

Tab
G

# 243rd District Court
## EL PASO COUNTY, TEXAS

THE STATE OF TEXAS                    20120D04103

VS.

LUIS SOLIS-GONZALEZ              CAPITAL MURDER OF MULTIPLE
                                PERSONS

### ORDER CANCELLING HEARING

This PRETRIAL scheduled for JULY 16, 2014 AT 10:00 A.M. is *CANCELLED*.

LUIS AGUILAR, Judge
243RD District Court

**ATTORNEY TO PROVIDE NOTICE TO DEFENDANT:**
JOE AURELIANO SPENCER, Jr.
1009 MONTANA
EL PASO TX 79902
915-532-7535



Tab
H

## 243rd District Court
## EL PASO COUNTY, TEXAS

THE STATE OF TEXAS                    20120D04103

VS.

LUIS SOLIS-GONZALEZ            CAPITAL MURDER OF MULTIPLE
                              PERSONS

### ORDER OF COURT SETTING

1. This cause is set for:

| | | |
|---|---|---|
| Pre-Trial Hearing | 10/02/2014 | 9:00 AM |
| Paper the Jury | 02/09/2015 | 7:00 AM |
| Individual Voir Dire | 03/09/2015 | 7:00 AM |
| 28.01 Hearings | 04/22/2015 | 8:30 AM |
| Final Judge's Conference | 04/28/2015 | 8:30 AM |
| Jury Trial | 05/08/2015 | 8:00 AM |

in the courtroom of the 243rd District Court.

2. The defendant's presence at the next setting **IS NOT** waived.

3. Defendant is in jail: **YES**

4. Defendant's attorney is **JOE AURELIANO SPENCER, Jr.**, and his/her presence at the time and place set out above is required.

5. All 28.01 Motions will be heard on the scheduled date including Motions to Suppress, and etc. All Motions must be filed seven (7) days prior to the hearing. All Motions not heard on the scheduled date are waived.

SIGNED AND ENTERED THIS 9/26/2014.

LUIS AGUILAR, Judge
243RD District Court

**ATTORNEY TO PROVIDE NOTICE TO DEFENDANT:**
JOE AURELIANO SPENCER, Jr.
1009 MONTANA
EL PASO TX 79902
915-532-7535



Tab
I